UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MANUEL LUNA, JR., | § § | CV. NO. SA-13-CV-985-DAE |
| Petitioner/Plaintiff, | § § | |
| vs. | § § | |
| EDGEWOOD INDEPENDENT SCHOOL DISTRICT; KENNETH JACOBS, INDIVIDUALLY AND AS EDGEWOOD I.S.D. CHIEF OF POLICE; HENRY MOTA, III, INDIVIDUALLY AND AS EDGEWOOD ISD POLICE LIEUTENANT; JESSE B. QUIROGA, INDIVIDUALLY AND AS EDGEWOOD ISD POLICE DETECTIVE; JOHN A. MORALES, INDIVIDUALLY AND AS EDGEWOOD ISD BOARD TRUSTEE; and VELMA PENA, INDIVIDUALLY AND AS EDGEWOOD ISD BOARD OF TRUSTEE, | § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

<u>ORDER DISMISSING CASE AS MOOT WITHOUT PREJUDICE</u>

On January 10, 2014, the Court held a hearing to determine the status of the proceedings after the parties were ordered to confer (dkt. # 22) to discuss a resolution of the issues raised in Manuel Luna's ("Petitioner") Motion for Preliminary Injunction. (Dkt. # 2.) The parties have confirmed that the Criminal Trespass Warning issued by the Edgewood Independent School District, which

was the subject of Petitioner's Motion, has been withdrawn.  Accordingly, the parties all agree the case is moot as there is no longer a case and controversy before the Court.  See Const. art. III, § 2.  Therefore, the Court hereby orders the case DISMISSED AS MOOT without prejudice to re-filing.  All other pending motions are also hereby dismissed as moot and the case is ordered closed.

       IT IS SO ORDERED.

       DATED:  San Antonio, Texas, January 10, 2014.

_____
David Alan Ezra
Senior United States Distict Judge